PROB 12
(Rev. 11/04)

FILED
CLERK, U.S. DISTRICT COURT

5/27/15

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ SMO _____ DEPUTY

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

U.S.A.   VS.   Donye Marcell Mitchell, Sr.                              Docket No.:   CR15-00084-PA

## Petition on Probation and Supervised Release (Modification)

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Donye Marcell Mitchell, Sr.</u> who was placed on supervision by the Honorable <u>GARLAND E. BURRELL, JR.</u> sitting in the Court at <u>Sacramento, California</u>, on the <u>13th</u> day of <u>April</u>, <u>2012</u> who fixed the period of supervision at <u>three years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s). **<u>Jurisdiction was transferred to the Central District of California on February 23, 2015.</u>**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 11, 2015, Donye Marcell Mitchell, Sr. submitted a urine specimen, which, upon analysis, returned positive for cocaine use.

Further, Mr. Mitchell's payments toward his restitution balance have been unsatisfactory.  At this time, a payment plan is warranted.

Mr. Mitchell and defense counsel consent to modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** Donye Marcell Mitchell, Sr., as a special condition of supervision, shall pay the balance of the restitution in monthly installments of at least 10% of the offender's gross monthly income, but not less than $150.00, whichever is greater, during the term of supervised release, which shall commence within 30 days of this order; and shall participate in and successfully complete a cognitive-based life skills program, as approved by the Probation Officer.

|  |  |
|---|---|
| ORDER OF COURT | Respectfully, |
| Considered and ordered this <u>27th</u> day of <u>May</u>, 20<u>15</u> and ordered filed and made a part of the records in the above case. | /S/ RICHARD AN |
|  | U. S. Probation Officer |
| _____<br>United States District Judge<br>HONORABLE PERCY ANDERSON | Place: Inglewood, California |
|  | Approved: /S/ PAUL B PARSONS |
|  | Supervising U. S. Probation Officer |
|  | Date: May 27, 2015 |