PROB 12
(Rev. 11/04)

# United States District Court

for

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
3/17/16
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

U.S.A.   VS.   Donye Marcell Mitchell, Sr.          Docket No.:   CR15-00084-PA

### Petition on Probation and Supervised Release (Modification)

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Donye Marcell Mitchell, Sr.</u> who was placed on supervision by the Honorable <u>GARLAND E. BURRELL, JR.</u> sitting in the Court at <u>Sacramento</u>, <u>California</u>, on the <u>13th</u> day of <u>April</u>, <u>2012</u> who fixed the period of supervision at <u>three years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s). **<u>Jurisdiction was transferred to the Central District of California on February 23, 2015.</u>**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 11 and February 24, 2016, Donye Marcell Mitchell, Sr., submitted urine specimens, which, upon analysis, returned positive for cocaine use.

Mr. Mitchell and defense counsel consent to modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** Donye Marcell Mitchell, Sr., as a special condition of supervision, shall reside at, participate in and successfully complete a residential substance abuse treatment and counseling program approved by the Probation Office, that includes testing to determine whether the offender has reverted to the use of drugs or alcohol; and the offender shall observe the rules of that program; and the residential substance treatment requirement shall be suspended while the offender is successfully participating in outpatient drug treatment and shall be enforced by the Probation Officer upon the determination of illicit substance abuse.

ORDER OF COURT

Considered and ordered this <u>16th</u> day of <u>March</u>, 20<u>16</u> and ordered filed and made a part of the records in the above case.

_____
United States District Judge
HONORABLE PERCY ANDERSON

Respectfully,

/S/ RICHARD AN
U. S. Probation Officer

Place:   Inglewood, California

Approved:   /S/ PAUL B PARSONS
Supervising U. S. Probation Officer

Date:   March 15, 2016